IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Kenneth and Naomi Halter,<br><br>Plaintiffs,<br><br>vs.<br><br>Town of South Congaree, Daniel R. Jones, individually and in his official capacity, and Patricia Shull, individually and in her official capacity,<br><br>Defendants. | Case No.:<br><br>**VERIFICATION** |

Personally appeared before me, Naomi Halter, who being duly sworn, deposes and states:

1. She is a Plaintiff in the above-captioned action;

2. She has read the foregoing Complaint in this action, consisting of 16 pages, and that, to the best of her knowledge, the information contained therein is true and correct; and

3. As to those matters stated "upon information and belief," she believes them to be true.

PLAINTIFF NAOMI HALTER

_/s/ Naomi Halter_

SWORN TO AND SUBSCRIBED BEFORE ME
this 28th day of February, 2020.

_Margaret Ann Day_
Notary Public for South Carolina
My Commission Expires: April 25, 2027