# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kenneth and Naomi Halter,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Town of South Congaree; Daniel R. Jones, individually and in his official capacity; and Patricia Shull, individually and in her official capacity,<br><br>　　　　Defendants. | Case No: 3:20-cv-00930-SAL<br><br>**SUGGESTION OF DEATH** |

　　　　Plaintiff Naomi Halter suggests upon the record, pursuant to Federal rule of Civil Procedure Rule 25(a)(1), the death of Plaintiff Kenneth Halter during the pendency of this action. (See obituary, Ex. 1.)

*s/ Bryn C. Sarvis*
Bryn C. Sarvis　　　#10478
Sarvis Law, LLC
3424 Augusta Highway
Gilbert, South Carolina 29054
(803) 892-5525
Email: bsarvis@sarvislaw.com

Eric S. Bland　　　#5472
1500 Calhoun Street
Post Office Box 72
Columbia, South Carolina 29202
(803) 256-9664
Email: ericbland@blandrichter.com

Ronald L. Richter, Jr.　#6264
Scott M. Mongillo　　#7436
Peoples Building
18 Broad Street, Mezzanine
Charleston, South Carolina 29401
(843) 573-9900
Email: ronnie@blandrichter.com
Email: scott@blandrichter.com
***Counsel for Plaintiffs***
