Send Flowers　　　　　　　　　　　　　　　　　　　　　　　　 Share

Kenneth Otto Halter WEST COLUMBIA - Kenneth Otto Halter, 78 years of age, died Sunday August 9, 2020. Kenneth was born in Charleston, a son of the late Paul V. Halter Sr. and Clara Metts Halter. He loved working outdoors, operating his machinery, spending time with his family, and is a member of South Lexington Baptist Church. He was a devout Christian and past deacon who loved the Lord Jesus Christ. He was a very friendly and outgoing person. He owned and operated and developed mobile home parks and rental properties. Kenneth designed, built, owned and operated cabin rental properties in TN. Kenneth also loved golfing, and seeing the results of his accomplishments. Graveside services will be held Thursday August 13, 2020 at 10:00 am, at Bowman cemetery with Rev. Jeff Wright officiating. The family will receive friends with open casket one hour before services. Covid19 rules per CDC guidelines will be observed with mask and social distancing. Survived by his wife of 57 years, Naomi Irick Halter, one son, Carleton Keith Halter (Kim) of Lexington, two daughters Tracy Ducker (Michael) of Lexington, and Susannah Rast (William) of Lexington, two brothers, Glenn Halter of Brevard NC, and Michael Halter of Walterboro, nine grandchildren, two great grandchildren, and a number of nieces and nephews. Memorials can be sent to In Touch Ministers, P.O. Box 7900, Atlanta GA 30357, www.intouch.org . Ott Funeral Home in Branchville is assisting the family. Online condolences can be sent to www.ottfh.com.

To plant trees in memory, please visit our Sympathy Store.

Published by The State on Aug. 12, 2020.