AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kenneth and Naomi Halter, <br> *Plaintiff* <br> v. <br> Town of South Congaree, Daniel R. Jones, individually and in his official capacity, and Patricia Shull, individually and in her official capacity, <br> *Defendants* | ) <br> ) <br> ) Civil Action No.   3:20-cv-00930-MGL <br> ) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiffs, Kenneth and Naomi Halter, take nothing of the defendants, Town of South Congaree; Daniel R. Jones, individually and in his official capacity; and Patricia Shull, individually and in her official capacity, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having heard and granted the consent motion to dismiss, and having dismissed Defendant Kenneth Halter.

Date:   October 6, 2021                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                      s/Charles L. Bruorton
                                                                                   _____
                                                                                   *Signature of Clerk or Deputy Clerk*